Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the SOUTHERN

District of MISSISSIPPI

Division NORTHERN



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 07 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| Dave Rodge Griffith <br> _____ <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> Kath Winborne, Southern Exit Realty, Pearl River Valley Power Electric Association <br> _____ <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 3:23-CV-101-DPJ-FKB <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*    Yes   (No) |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**
    A.  **The Plaintiff(s)**

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    | | |
    |---|---|
    | Name | Dave Rodge Griffith |
    | Street Address | 614 Main Ave S |
    | City and County | Magee   Simpson |
    | State and Zip Code | MS 39111 |
    | Telephone Number | 769-274-3466 |
    | E-mail Address | griffithdave4130@gmail.com |

    B.  **The Defendant(s)**

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Kath Winborne
- Job or Title *(if known)*: owner (landlord)
- Street Address: 416 Bay St
- City and County: Hattisburg  Forrest
- State and Zip Code: Mississippi 39401
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Southern Exit Realty
- Job or Title *(if known)*: Shelly Pullens
- Street Address: 59 98th Blvd
- City and County: Hattisburg  Forrest
- State and Zip Code: Mississippi
- Telephone Number: 601-909-6940
- E-mail Address *(if known)*:

Defendant No. 3
- Name: Pearl River Valley Electric Power Association
- Job or Title *(if known)*: George
- Street Address: 799 North Main
- City and County: Purvis  Lamar
- State and Zip Code: Mississippi 30475
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

Page of 5

The plaintiff, *(name)* _____Dave Rodge Griffith_____, is a citizen of the State of *(name)* _____Mississippi_____.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.   The Defendant(s)**

1. If the defendant is an individual
   The defendant, *(name)* _____Kath Winborne_____, is a citizen of the State of *(name)* _____Mississippi_____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* _____Southern Exit Realty, Pearl River Valley Electric Association_____, is incorporated under the laws of the State of *(name)* _____Mississippi_____, and has its principal place of business in the State of *(name)* _____Mississippi_____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____Mississippi_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.   The Amount in Controversy**

The amount in controversy the amount the plaintiff claims the defendant owes or the amount at stake is more than $75,000, not counting interest and costs of court, because *(explain):*

_____

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Page of 5

The plaintiff, *(name)* <u>Dave Rodge Griffith</u>, and the defendant, *(name)* <u>Larry Winborne now deceased ,wife Kate Winborne    Lease</u>, made an agreement or contract <u>Agreement signed by Larry Winborne landlord,</u>  on 12/04/2020 *(date)* _____. The agreement or contract was *(oral or written)* <u>written</u>. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

<u>Plaintiff, was under a legal lease agreement , landlord Larry Winborne sudden death in January 2021 was made aware of after Kath Winborne wife of Larry Winborne began to harass Plaintiff for possession of the home to have it sold. plaintiff was current on the lease and also provided a security deposit.</u>

<u>Kate Winborne , began harassment of plaintiff at his home by making false calls to the forrest county sheriff office indicated that plaintiff was a squatter as Kate Winborne landlord violated plaintiff legal rights with turning off lights, water , that was paid in the lease, calling police  entered into plaintiff home while he was on a job and not home.</u>

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

<u>Defendant , violations of the Lease agreement signed , defendant constant harassment after the death of her husband, defendants illegally went into plaintiff home, went into his closet removed his personal papers and left them on his table showing they were there , defendants placed NO TRESPASSING signs all over the walls inside of plaintiff home.  Defendants continued harassment was non stop</u>

<u>Plaintiff : filed a Complaint against Defendants  in Forrest County Courts February 10,2022 Case # 22-83</u>

<u>Defendants: Kath Winborne was made aware of the Complaint and AVOIDED being SERVED by the Processor.</u>

<u>Plaintiff : was informed due to the Federal Laws being violated this case should be filed in the Federal Courts against the Defendants</u>

<u>Plaintiff: filed a Motions to Dismiss WITHOUT PREJUDICE with the Forrest County Courts December 2,2022 case # 22-83</u>

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

<u>see attached</u>

Page of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 1, 2023

Signature of Plaintiff

Printed Name of Plaintiff     Dave Rodge Griffith

### B. For Attorneys

Date of signing: N/A

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

The plaintiff has complied with the plaintiff's obligations under the contract.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff: Ask for Money Damages : Kath Winborne (estates of Larry Winborne)

Money damages Breach of Contract, Civil Rights Violations, Violation CDC Federal and State Laws, Harassment, Bad Faith, Intentional Tort, Illegal Eviction in the amount of $205,000
Defendants to Return Security Deposit in the amount of $800.00

Ask the courts to order the defendants Pay in money damages $ 205,000 for there violations of Plaintiff Rivil

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff: Ask for Money Damages : Exit Southern Realty Violations

Ask the courts to order the defendants Exit Southern Realty Pay in money damages $ 95,000 for there violations of Plaintiff Rivil rights, their roll they played in violations of illegal entrance , Harassment, theft of plaintiff personal papers removed from plaintiff folder showing Exit southern Realty pen left inside. Exit Southern Realty calls to the police to plaintiff home with false information indicating tenant was a squater .
Defendants continued harassment by sending professional Real Estate Appraisal company out to plaintiff after certifed cease and desist issued. Defendants currently is the listing agent under MLS  agent KR never ceased

Page 4 of 5

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff: Ask for Money Damages : Defendant Pearl River Valley Electric Association

ask the courts to order the defendants Pearl River Valley Eletric Power Assocation for there violations of Plaintiff Rivil rights, their roll they played in violations of CDC Federal and State Laws Guidelines, this violations continued until November 1, 2021.

Defandant's violations Plaintiff as for money damages in the amount of $75,000

FILED

DEC 0 6 2022

FORREST COUNTY CIRCUIT CLERK

## DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF

STATE OF Mississippi

IN The County Court of Forrest County 12th Circuit County, Forrest

COUNTY OF FORREST

CASE No. 22-83

DAVE R GRIFFITH , **Plaintiff,**  V.  KATH WINBORNE , EXIT SOUTHERNREALT. Pearl River Valley **Defendant.**

1. I am DAVE GRIFFITH _____(name), the Plaintiff in this ~~Small Claims~~ County of Forrest Court case.

2. The Defendant, KATH WINBORNE HAS NOT Filed an Answer (name), **has not**:

   (a.) Filed an answer;

   b. Filed a counterclaim;

   c. Requested a hearing in Small Claims Court; **or**

   d. Removed the case to District Court.

3. I request that the Small Claims Court dismiss the claim **without** prejudice because: Defendant Kath Winborne , have not Filed an Answer , along with serveral Summons attempts but avoiding being served

I Plaintiff, Dave Griffith are requesting that The County Court of Forrest County WITHDRAW THE THIS CASE WITHOUT PREJUDICE Under Ms. Rule 41 (a

Dated: 12/06/2022

_Dave R Giffith_
(Plaintiff's Signature)

Dave R. Griffith
(Printed Name)

1014 Main Ave S    Magee, MS 39111    769-274-3464
(Address)            (City, State, Zip Code)   (Telephone Number)

Page 1 of 1

In the County Court of Ferrest County Mississippi.

FILED
FEB 10 2022
FORREST COUNTY CIRCUIT CLERK

DAVE RODGE GRIFFITH

Plaintiff

-vs-

KATE WINBORNE, EXIT SOUTHERN
REALTY and PEARL RIVER VALLEY Electric
Power Association.

Defendants

(Case ID Number)

Cause # 22-83

## AFFIDAVIT

I, Dave R Griffith, of Magee, in MS, Mississippi, MAKE OATH AND SAY THAT:

1. Plaintiff alleged, February 19,2021 Defendant's Breach of Contract of Lease agreement, Plaintiff was current on lease agreement to March 1,2020.

    February 19,2021, Defendant's broke into Plaintiff home, illegally evaded Plaintiff privacy by going through Plaintiff person contractor, personal folder, Defendant's Ramshack Plaintiff home, place No trespassing signs on the walls inside of Plaintiff home.

    Defendant's, called Forrest county Sheriff to Plaintiff home on February 19,2021, February 20,2021 two calls, Defendant's behavior showed blatant deception with several calls for assistance to Plaintiff home from the Forrest County Sheriff Office, dispatched officers of cars to Plaintiff home twice. ending in falsified information provided by Defendant's as to Plaintiff occupancy status of his rental home and agreement.

Page 1 of 7

Plaintiff, was continued Harassed by Defendant's.

February 19,2021, Plaintiff came home to no lights or water and the police there, having to show he had legal rights to be there with current paid lease agreement with landlord.

Defendant's, blatant Violations of Plaintiff rights continued, after being served a Cease and Desist letter.
Defendant's continued harassment of Plaintiff are in violations of Plaintiff Civil Rights under Federal and State Laws.

2. Defendants violations of Plaintiff certified cease and desist letter of landlord harassment continued after Defendant's signed certified notice.

3. February 19,2021 Defendant's illegally had Plaintiff utilities lights and Water turned off, while Plaintiff was current on the lease payments.

Defendant's violations of landlord hostile take over, Illegal entrance, and Defendant's actions left Plaintiff with no other choice but to seek immediate shelter after work, Plaintiff had to stay in a hotel for needed survivor with lights and water.

4. Defendant's Harassment, illegal entrance into Plaintiff Home while Plaintiff was at work, Defendant's, provided a false report to the Forrest county Sheriff, that came to plaintiff home with drawn guns,

Plaintiff, continued to be harassed by Defendant's, after Forrest county Sheriff provided Defendant's with copy of Plaintiff Legal Lease agreement signed and executed by Landlord/ owner now deceased L.W.

Defendant's ignored, being legally informed that the signing landlord sudden death in late January 2021, did not give the Defendant's wife the legal rights to operate with Hostile take over, or harassment of the Plaintiff, even if she want to sale the home, she must go through the legal process.

February 20,2021 Defendant's, continued harassment, with a 2nd and 3rd call to the Forrest County Sheriff, providing false information as to the occupancy status of the plaintiff at his home.

Defendant's neglecting to share accurate information to Forrest County Sheriff, Defendant's called the night before, a dispatch officer went out to Plaintiff home after 7p.m. informed plaintiff he was there on a call dispatched.

Defendant's KR, and Defendant's W called the Forrest County Sheriff out saying property was illegally occupied, Plaintiff provided the copy of lease agreement to Forrest County Sheriff, while there the officer notice NO Trespassing signs in the plaintiff home, lights, water off, and recommended Plaintiff get legal assistance on how this is handled. tenant, landlord laws and rights.

Forrest County Sheriff officer called Defendant's number that made the call to Sheriff, Officer spoke with Defendant's then snapped a copy of the Lease agreement, in the presence of Plaintiff and sent to the Defendant's.

5. Defendant's violations of Federal and State laws under civil rights laws, as it pertains to defendants unauthorized entrance, attempted forced entry evictions, Breach of contract, security deposit held by landlord.

6. Defendant's violations of federal CDC guidelines under the Covid 19, Defendants illegal entrance into Plaintiff home during this time has open plaintiff risk to possible Virus.

7. Defendant's continued illegal entrance and harassment of plaintiff at his home as of July 2021 by entering plaintiff home this time with an appraiser company.

8. Defendant's violations of Federal and State Laws with attempts for hostel eviction take over of plaintiff home under a current Legal lease agreement.

9. Illegal Search of Plaintiff Home by Defendant's

Defendant's illegal entrance of Plaintiff home prompt Defendants to illegally go through Plaintiff Closet, from the top shelve removed plaintiff personal irs documents, w2's, business, personal folder. Defendants continued violations of plaintiff legal rights,

Defendants, removed and placed plaintiff personal folder on plaintiff kitchen table and went through Plaintiff personal folder. Defendants, never returned some of plaintiff personal records, files removed from plaintiff folder

Defendants left the evidence of there entrance with folder not in plaintiff closet but left on Plaintiff kitchen table opened with a ink pen inside, NO TRESPASSING SIGNS left next to Plaintiff 60" Television, Walls, exterior doors, on mail box.

10. Defendant's violations of Civil Rights under Federal and State laws

    Defendant's Illegal entrance of Plaintiff home also placed NO TRESPASSING SIGNS on plaintiff 60inc Television in his home, on Plaintiff Walls.

11. Defendant's violations of the agreement for maintenance of the yard has been breached, Plaintiff yard maintenance ceased February 2021.

12. Plaintiff, sent all certified cease letters to Defendant's.

    Plaintiff, received a call from Defendant's
    Exit ,R, his open statement was his Broker received the certify sent, and he was very aplogetic as to the way Defendant's handled plaintiff and the violations of his rights.

    Defendant's, Exit Southern Realty, Richardson stated that he was present at the home, also when the Forrest County sheriff went into plaintiff home with guns drawn while plaintiff was at work.
    Plaintiff questioned Defendant's KR, as to the Real estate laws he violated with his illegal entrance, his pen was left in plaintiff personal folder. Defendant's KR, Offered to let Plaintiff live with him and partner as he knew his lights and water was off.

    Defendant's, Exit, KR also shared with plaintiff yes he was present at plaintiff home as the certified letter indicated, and yes while at Plaintiff home, Due to Defendant's false information on this property, several Forrest County Sheriff cars came to plaintiff home, Defendant shared that he called his Lover and sent him the video, pictures with a statement, This is the life of Real Estate, Defendant's Exit R, had a 45 minute conversation with plaintiff and plaintiff witness on speaker phone.
    Defendant's agreement was he will send the pictures to plaintiff he stated he shared, defendant's ask plaintiff to cease actions against him, and broker, defendant state he had not had his license 6 months and did not need a complaint to the real estate commissioner as stated in plaintiff certified letter, or getting sued.

Defendant's, also shared that Defendant's W is looking to sale the home and he was the listing agent, but had no knowledge Plaintiff had a current and paid lease with defendant's W., but once he went to plaintiff home he knew that home was not squatters, plaintiff had a boat, contractors equipment around house, men work booths outside front door, as defendant exit, K complemented the nice cloths and shoes in the closet, nice furniture, a computer room.

Defendant's, Richardson also shared that he understand that Defendant's husband passed January 2021, Defendant's W as of February 2021 Defendant's W wanted Plaintiff Out of rental property for a quick sale.

13. Defendant's, Illegally shut off all of Plaintiff utilities, making plaintiff life topsy turvy,

Defendant's, visit to pearl river electric company, water company as to plaintiff home, defendants informed all that husband,landlord had just passed and instructed them shut off,

Defendant's Notice to utility companies was blocked from Plaintiff having services turned back on.

Defendant's notice to Utility company should not have been legally honored as Pearl River Valley, shut off plaintiff services based on the death certificate in January of the landlord, the death certificate did not give Pearl River Valley the legal rights to shut off plaintiff electricity.

Pearl River Valley Electric company, violated plaintiff legal rights by off plaintiff electric services without legal merits, plaintiff was denied services under a current Legal active lease agreement. Pearl River Valley Electric, violations of Federal CDC guidelines under no circumstances are the Services company should disconnect any services, landlords were under this Federal Law implemented.
 agreement.

Pearl River Valley, blatant violations of plaintiff Legal rights under the CDC Federal guidelines with the shut off of plaintiff services based on the widow statement.

Pearl River Valley had no Legal duty to landlord to shut off the services with a death certificate, Tenant Lease agreement did not expires with the landlord.

Pearl River Valley Illegal took personal interest appose to following the law as it pertained to CDC Federal guide lines and landlord, tenants rights.

Pearl River Valley, bias as they honored defendant's illegal request to shut off plaintiff services.
Pearl River Valley Electric made it impossible for plaintiff to continue electricity, even under the current lease agreement presented good through November 2021 signed by the landlord defendants husband.

Pearl River Valley violated plaintiff legal rights by ignoring a legal and binding Lease agreement contract between landlord and plaintiff.

Pearl River Valley violated plaintiff rights, under breach of contract by asking plaintiff to provide another New Lease agreement now signed by the defendants wife, who has illegally blocked tenants rights to services from Pearl River Valley as all parties also violated CDC Federal and State Laws as it pertains to there actions.

Peal River valley refusal of plaintiff rights to return electric services made plaintiff life topsy turvy.

14. Defendants continued the Harassment even after Plaintiff served defendants with a Certified letter that Defendants signed for with acknowledgement.

15. Defendants, as of June 9, 2021 provided a appraisal company with a key to Defendant's home to conduct an interior appraisal, plaintiff went to check on his home daily, on this day this day Zac Fairley Appraisal and Consulting informed plaintiff he was in his home as the key was provided to him by defendants.

16. Plaintiff, informed the Appraiser that he sent a cease and desist letter against such violations of harassment as it continues, after reading the plaintiff information Zac Fairley Appraisal services indicated he was misinformed by defendant's and under no circumstance would he have enter into his property knowing the Laws of Real Estate, knowing plaintiff lights and water was shut off, plaintiff showed copy of Lease agreement, certified letter signed by defendants and based on plaintiff complaint signed by both defendants He agreed violations of the laws has transpired. Zac Fairley Appraisal & Consulting provided plaintiff with his card and agreed to help plaintiff if needed in his case against defendants as it pertains to his Unauthorized, illegal entrance. (Exhibit attached)

17. Defendant's, actions show blatant disrespect of the Laws through their actions of Continued Harassment, Violations of plaintiff Civil Rights.

*[signature] 2/10/22*

Civil Action

**Defendant No. 1**
- Name: KATH WINBORNE
- Job or Title (if known):
- Street Address: 416 BAY ST.
- City and County: HATTISBURG
- State and Zip Code: MISSISSIPPI 39401
- Telephone Number:
- E-mail Address (if known):

Sub Action
1. Bad Faith
2. Civil Right Violati[on]
3. Breach of Rental Agreement Contract
4. Defamation And Libel?
6. Harassment
Illegal Entry
(5) Violat Federal
Guideline Protect[ion]

**Defendant No. 2**
- Name: EXIT SOUTHERN REALTY
- Job or Title (if known): Shelly Pullens
- Street Address: 59 98TH BLVD
- City and County: HATTISBURG
- State and Zip Code: MISSISSIPPI 30402
- Telephone Number: 601-9096940
- E-mail Address (if known):

1. Violation of Civil Rights
2. Strong Arm Takeover
3. Harassment
Illegal Forced Entry

**Defendant No. 3**
- Name: PEARL RIVER VALLEY ELECTRIC POWER ASSOCIATION
- Job or Title (if known):
- Street Address: 799 North Main
- City and County: Purvis
- State and Zip Code: Mississippi 39475
- Telephone Number: 601-794-8051
- E-mail Address (if known):

1. X Violat Federal CDC Guideline (Protected Landlord and Cooper[ation]) Turn off
2. Bias Action
3. Civil Right Violat[ion]
4. Bad Faith Civil Action

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):